UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 JUL -8 AM 9:30
ROBERT R. DI TROLIO
CLERK OF US DIST CT
W/D OF TN-JACKSON

WILLIE DAVIS,

    Plaintiff,

v.

CORRECTIONS CORPORATION
OF AMERICA, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 1:00-1096-B

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal With Prejudice entered on July 5, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

July 6, 2005
Date

THOMAS M. GOULD
_____
Clerk of Court

C. Reid
_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 07-11-05

(87)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 1:00-CV-01096 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

J. Mark Tipps
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Terry E. Williams
WILLIAMS LAW OFFICE
250 E. Wisconsin Ave.
Milwaukee, WI 53202--423

J. Christopher Mills
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Honorable J. Breen
US DISTRICT COURT